IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-01955-RBJ-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-27,

    Defendant.

---

ORDER REASSIGNING MAGISTRATE JUDGE

---

This matter comes before the Court *sua sponte.* In light of the assignment of related cases to district judges, and with the approval of Chief Judge Wiley Y. Daniel, this Court requests that the Clerk of Court reassign this case from Magistrate Judge Kristen L. Mix to Magistrate Judge Michael E. Hegarty.

DATED this 31st day of July, 2012.

BY THE COURT:

*[signature: Brooke Jackson]*

_____

R. Brooke Jackson
United States District Judge